UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE LEE HARRISON, #188387, )
         Plaintiff, )
  ) No. 1:20-cv-271
-v- )
  ) Honorable Paul L. Maloney
UNKNOWN CLARK and )
CORIZON HEALTH, INC., )
         Defendants. )
  )

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  September 20, 2021                                          /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                 United States District Judge