UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIMMIE LEE HARRISON,

        Plaintiff,                  Case No. 1:20-cv-271

v.                                           Hon. Paul L. Maloney

UNKNOWN CLARK, *et al.*,

        Defendants.

_____/

**ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* STATUS ON APPEAL – THREE STRIKES**

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On April 9, 2020, the Court denied plaintiff leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).  *See* Opinion (ECF No. 4); Order (ECF No. 5). Plaintiff paid the filing fee.  On September 20, 2021, the Court entered judgment against plaintiff. *See* Judgment (ECF No. 75).  Plaintiff filed a notice of appeal.  This matter is now before the Court on plaintiff's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 78).

For the reasons outlined in the Court's opinion and order denying him pauper status, plaintiff is barred from proceeding *in forma pauperis* on this appeal.  The filing fee for appealing a civil action is $505.00.  Plaintiff has twenty-eight (28) days from the date of entry of this order to pay the entire filing fee to the Clerk of this Court.  Plaintiff's failure to comply with the order may result in dismissal of this appeal without prejudice by the Sixth Circuit Court of Appeals. Accordingly, plaintiff's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 78) is **DENIED**.

1

**IT IS SO ORDERED.**

Dated:  December 13, 2021          /s/  Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge

**SEND REMITTANCES TO THE FOLLOWING ADDRESS**:

Clerk, U.S. District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**